

FILED
CLERK, U.S. DISTRICT COURT
May 25, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN NORWOOD,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; GARRETT MAXEY; CLINT FRANCISCO; DENNIS HAGELE; and DOES 1 THROUGH 10,<br><br>    Defendants. | CASE NO.: 2:19-CV-09016-SB (GSx)<br><br>**ORDER FOR DISMISSAL** |

Pursuant to the stipulation of the parties, the entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice. Each party to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: May 25, 2021

_____
Stanley Blumenfeld
United States District Judge